B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**RANDOLPH PARTNERS, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4177804** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**                 ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **RANDOLPH PARTNERS, LP** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**RANDOLPH PARTNERS, LP**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE GENERAL PARTNER OF
RANDOLPH PARTNERS, L.P.
A LIMITED LIABILITY PARTNERSHIP FORMED UNDER THE LAWS OF DELAWARE
(the "Partnership")**

The undersigned, being the sole General Partner of the Partnership, in lieu of holding a special meeting hereby consents to the following actions and adopts the following resolutions and directs that this consent be filed with the records of the Partnership:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Partnership, its creditors, equity holders and other interested parties that the Partnership file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the General Partner of the Partnership be, and hereby is, authorized and empowered on behalf of, and in the name of, the Partnership to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER**, that the General Partner of the Partnership is authorized and empowered, on behalf of and in the name of, the Partnership, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action he deems necessary in connection with the Partnership's Chapter 11 case and in connection with the restructuring of the Partnership's debt and other obligations of the Partnership and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Partnership shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Partnership in the Chapter 11 case and all matters related thereto on such terms as any Partner of the Partnership shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF,** the undersigned has executed this Consent this _16_ day of February, 2011.

Partner:

**RANDOLPH PARTNERS, LP**

By: _____
John Apostolou, President of Illinois Management Partnership,
Inc., General Partner of Randolph Partners, LP

.

```
747 N WABASH AVE APTS INVESTME
747 NORTH WABASH AVENUE
CHICAGO, IL 60611


ADVANCED STEEL ERECTION, INC.
2531 EAST OAKTON STREET
ARLINGTON HEIGHTS, IL 60005


AFFORDABLE COMMUNICATIONS INC
100 TOUHY COURT
DES PLAINES, IL 60018


ALERT PROTECTIVE SERVICES, INC
3833 NORTH CICERO AVENUE
CHICAGO, IL 60641-3623


AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001


AMERICAN REAL ESTATE
0
KANKAKEE, IL 60901


ANASTASSIA ZABHAROVA
1383 SIERRA CIRCLE
KISSIMMEE, FL 34744


ANDREWS DESIGN GROUP, INC.
1005 W. RIO SALADO PKWY.
TEMPE, AZ 85281


ANGELO STAMATOUKOS, ARCHITECT
113 CENTRAL AVENUE
WILLOWBROOK, IL 60527


ANTHONY FRANCIS OLIVO
4140 W. 65TH ST.
CHICAGO, IL 60629


ARGIANAS & ASSOCIATES INC.
5509 BELMONT RD.
DOWNERS GROVE, IL 60515
```

```
ASCO INSURANCE SERVICES, INC.
8729 N NARRAGANSETT AVE
MORTON GROVE, IL 60053


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


AT & T
PO BOX 8100
AURORA, IL 60507-8100


AT &T
P.O. BOX 8100
AURORA, IL 60507-8100


AUM
P.O. BOX 6436
CAROL STREAM, IL 60197-6436


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BELL & COTTON LAWNCARE
3765 SLOOP DRIVE
LAKE HAVASU CITY, AZ 86406


BEN OUART
ARTHUR AGENCY
CARBONDALE, IL 62901


BOLAND & ASSOCIATES, INC.
983 WEST WISE ROAD
SCHAUMBURG, IL 60193


BRIDGEVIEW BANK
7940 S. HARLEM
BRIDGEVIEW, IL 60455


BROWARD COUNTY TAX COLLECTOR
PO BOX 29009
FORT LAUDERDALE, FL 33302-9009
```

```
CB RICHARD ELLIS, INC.
3696 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


CHASE CARD SERVICES
PO BOX 15153
WILMINGTONE, DE 19886-5153


CHICAGO DESIGN REVOLVING DOOR
0
0, 0


CHICAGO TITLE & TRUST COMPANY
171 NORTH CLARK STREET
CHICAGO, IL 60601


CITY OF CAPE CORAL
P.O. BOX 31526
TAMPA, FL 33631-3526


CITY OF CHICAGO - BANKRUPTCY UNIT
121 N LASALLE ST, RM 107
CHICAGO, IL 60602


CLERK OF THE CIRCUIT COURT
0
KISSIMMEE, FL 34741


COM ED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COMCAST CABLE
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001


COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COOK COUNTY TREASURER
P.O. BOX 4468
CAROL STREAM, IL 60197-4468
```

```
CRAIG R. KNOCHE & ASSOCIATES
24 NORTH BENNETT STREET
GENEVA, IL 60134


CROWLEY BARRETT & KARABA, LTD.
20 SOUTH CLARK STREET
CHICAGO, IL 60603-2468


CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197-4349


CUSHING & CO.
2371 PAYSPHERE CIRCLE
CHICAGO, IL 60674


D&P REALTY PARTNERS % IRVS LUG
2200 S. BUSSE ROAD
MOUNT PROSPECT, IL 60056


DELAWARE PLACE BANK
0
0, 0


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
BALTIMORE, MD 21274-4072


DELUXE BUSINESS CHECKS AND SOL
P.O. BOX 742572
CINCINNATI, OH 45274-2572


DEPARTMENT OF BUSINESS SREVICE
LIABILITY LIMITATION DIVISION
SPRINGFIELD, IL 62756


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DISH NETWORK
DEPT 0063
PALATINE, IL 60055-0063
```

```
DIVISION OF CORPORATIONS REGIS
PO BOX 6327
TALLAHASSEE, FL 32314


DOUG BELDEN TAX COLLECTOR
P.O. BOX 172920
TAMPA, FL 33672-0920


DU PAGE COUNTY COLLECTOR
BILL PAYMENT CENTER
CAROL STREAM, IL 60197-4203


ENVIRONMENT, INC.
1752 W. ARMITAGE COURT
ADDISON, IL 60101


EVEN AIR
5016 WEST FOSTER AVENUE
CHICAGO, IL 60630


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FLOOD BROTHERS DISPOSAL
PO BOX 95229
PALANTINE, IL 60095-0229


FORMOSA DEVELOPER'S, INC.
7836 W IRLO BRONSON HIGHWAY
KISSIMMEE, FL 34747


FRANK TUREK
1135 WEST CHICAGO AVENUE
CHICAGO, IL 60622


GEORGE ILIOPOULOS
% - VOULA LAGODIMOU
TRIPOLIS  ARKADIA, GREECE, 0 TK22100


GIORDANO'S ENTERPRISES, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606
```

```
HAYSSAM ELKOUSSA
14560 BRADDOCK OAK DRIVE
ORLANDO, FL 32837


HOME DEPOT CREDIT SERVICES
P.O. BOX 6029
THE LAKES, NV 88901-6029


HUCK BOUMA, P.C.
1755 SOUTH NAPERVILLE ROAD
WHEATON, IL 60187


ILLINOIS CHARITY BUREAU FUND
100 WEST RANDOLPH 11TH FLOOR
CHICAGO, IL 60601


ILLINOIS DEPARTMENT OF REVENUE
0
SPRINGFIELD, IL 62726-0001


ILLINOIS DEPT OF REV - BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS DRILLING & TESTING CO
1752 ARMITAGE COURT
ADDISON, IL 60101-4207


ILLINOIS ENVIRONMENTAL PROTECT
ATTN:  PERMIT SECTION
SPRINGFIELD, IL 62794-9276


INTEGRA GRAPHICS & FORMS, INC.
4749 WEST 136th STREET
CRESTWOOD, IL 60445


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604
```

          Document      Page 12 of 18

```
IRELAND PLUMBING, INC.
18631 LEXINGTON AVENUE
HOMEWOOD, IL 60430


JAFRA ROUSATI
0
EVANSTON, IL 60201


JBA EQUIPMENT FINANCE, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


JBA LEASING & SALES, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


JBC/300-308 ACQUISITION LLC
0
0, 0


JESSE WHITE SECRETARY OF STATE
501 S 2ND STREET RM 328
SPRINGFIELD, IL 62756-5520


JOHN APOSTOLOU
2330 MOHAWK
GLENVIEW, IL 60025


JORGE RODRIGUESS
1168 W. FARWEL
CHICAGO, IL 60625


JOSE M. GOMEZ
7714 WATER OAK CT.
KISSIMMEE, FL 34747


JULIE M. ACOSTA
APT 102
KISSIMMEE, FL 34741


KARE & ASSOCIATES
100 N. LASALLE STREET
CHICAGO, IL 60602
```

```
LAGIS CONSTRUCTION, L.L.C.
9444 OLIPHANT AVENUE
CHICAGO, IL 60053


LAKE SHORE REPORTING CORP.
67 EAST MADISON STREET
CHICAGO, IL 60603


LAW & ASSOCIATES, INC.
1277 NORTH SAMORAN BOULEVARD
ORLANDO, FL 32807


LOEBER MOTORS INC.
4255 WEST TOUHY AVE.
LINCOLNWOOD, IL 60712


MACLYN GROUP
1985 OHIO STREET
LISLE, IL 60532


MANIOTIS INSURANCE AGENCY
203 ROYAL POINCIANA WAY
PALM BEACH, FL 33480


MARICOPA COUNTY TREASURER
P.O. BOX 52133
PHOENIX, AZ 85072-2133


MARTHA J. WELTON
1136 SOUTH WASHINGTON
NAPERVILLE, IL 60540


MARTIN MACK FIRE & SAFETY EQUI
4730 W. ARMITAGE AVENUE
CHICAGO, IL 60639


MEGAN M. MARTIN
APT. 1423
ORLANDO, FL 32839


MICHAELA  STAPLETON-CORCORAN
340 E. RANDOLPH, #5201
CHICAGO, IL 60606
```

```
MICHELE MACKLIN
0
0, 0


MID-AMERICAN ELEVATOR CO., INC
820 N. WOLCOTT AVE.
CHICAGO, IL 60622


MM SURVEYING COMPANY,  INC.
5812 W.HIGGINS AVENUE
CHICAGO, IL 60630


MOIRA STAPLETON-CORCORAN
616 W. FfULTON
CHICAGO, IL 60661


MPOWER COMMUNICATIONS
P.O. BOX 60767
LOS ANGELES, CA 90060-0767


NATIONAL CONSTRUCTION RENTALS
P.O. BOX 4503
PACOLMA, CA 91333-4503


NELSON & ASSOCIATES ARCHITECTS
SUITE 200
EVANSTON, IL 60201


NICOLE LUND
3765 S. LOOP DRIVE
LAKE HAVASU, AZ 86406


NICOR GAS
P.O. BOX 416
AURORA, IL 60568-0001


NIZAR BARAKAT
DOLLAR STORE
CHICAGO, IL 60652


NUWAY TAX SERVICES, INC.
203 EAST PARK
MUNDELEIN, IL 60060
```

ON AIRR PRODUCTIONS
0
0, 0


OSBERTO GOMEZ
4523 N ST. LOUIS
CHICAGO, IL 60645


OSCEOLA COUNTY ASSOCIATION OF
1105 SHADY LAN
KISSIMMEE, FL 34744


OSCEOLA COUNTY TAX COLLECTOR
P.O. BOX 422105
KISSIMMEE, FL 34742-2105


PARVIN-CLAUSS SIGN COMPANY, IN
165 TUBEWAY DRIVE
CAROL STREAM, IL 60188


PATRICK C CROWELL TRUST ACCOUN
4853 S. ORANGE AVE
ORLANDO, FL 32806


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PIRPIRIS INSURANCE AGENCY
SUITE 301
PARK RIDGE, IL 60068


PLATT, JEFFREY
COMAN AND ANDERSON, PC
2525 CABOT DRIVE, SUITE 300
Lisle, IL 60532


PROFESSIONAL NATIONAL TITLE NE
0
0, 0


PROPERTY VALUATION SERVICES
4801 W. PETERSON
CHICAGO, IL 60646

```
PULLIUM, LEE, ATTORNEY AT LAW
70 EAST LAKE STREET
Chicago, IL 60601


RANDALL CROSSING OWNER ASSOCIA
123 W. WASHINGTON STREET
OSWEGO, IL 60543


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RAYMOND JORDAN, SR.
400 CHURCHILL COURT
WOODSTOCK, GA 30188


REAL ID SOLUTIONS, L.L.C.
400 CHURCHILL COURT
WOODSTOCK, GA 30188


RENAISSANCE PROPERTIES INVESTM
0
0, 0


REPUBLIC TITLE COMPANY
0
0, 0


ROSARIO LAMBRINATOS
3637 W. ARTHUR
LINCOLNWOOD, IL 60712


S. STEIN, L.L.C.
1030 WEST NORTH AVENUE
CHICAGO, IL 60622


SECRETARY OF STATE
LIABILITY LIMITATION SERVICES
SPRINGFIELD, IL 62758


SECRETARY OF STATE
LIMITED PARTNERSHIP DIVISION
SPRINGFIELD, IL 62756
```

```
SECRETARY OF STATE
501 SOUTH 2nd STREET
SPRINGFIELD, IL 62756-5510


SECRETARY OF STATE
501 S. SECOND ST
SPRINGFIELD, IL 62756


SIHLE INSURANCE GROUP, INC.
P.O. BOX 160398
ALTAMONTE SPRINGS, FL 32716


SOUTHWEST FLORIDA WATER MANAGE
2379 BROAD STREET
BROOKSVILLE, FL 34604-6899


TDC MINOOKA LLC
P.O. BOX 2129
MILWAUKEE, WI 53201-2129


THE FIFTH THIRD BANK
P.O. BOX 630337
CINCINNATI, OH 04526-3001


THE LAUGHNER GROUP
411 W. FIRST AVE.
WINDERMERE, FL 34786


THE SIERRA GROUP, INC
640 N. LASALLE STREET
CHICAGO, IL 60654


TONY CARDOSO
8410 SHADY GLEN DR.
ORLANDO, FL 32819


TONY'S LAWN CARE & SERVICES, I
1508 W. BELL RD
SURPRISE, AZ 85374-2432


TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008
```

```
TREASURER, STATE OF ILLINOIS
0
SPRINGFIELD, IL 62701


UNITED STATES TREASURY
0
KANSAS CITY, MO 64999-0102


URBAN REAL ESTATE RESEARCH INC
P.O. BOX 10940
CHICAGO, IL 60610


VILLAGE OF MINOOKA
121 EAST MC EVILLY ROAD
MINOOKA, IL 60447


VILLAGE OF MT. PROSPECT
0
0, 0


VILLAGE OF NORTH AURORA
25 E. STATE STREET
NORTH AURORA, IL 60542


VILLAGE OF SCHILLER PARK
0
0, 0


WALLACE SURVEYING CORPORATION
5553 VILLAGE BOULEVARD
WEST PALM BEACH, FL 33407


WAYNE PIERCE
208 SOUTH LASALLE STREET
CHICAGO, IL 60603


WISS, JANNEY, ELSTNER ASSOCIAT
P.O. BOX 71801
CHICAGO, IL 60694
```